UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.J.<br><br>Plaintiff,<br><br>-against-<br><br>611 DEGRAW LLC d/b/a UNION HOTEL, GREENWICH STREET EQUITIES LTD. d/b/a UNION HOTEL, d/b/a GOWANUS INN AND YARD and 645-651 UNION INVESTOR, LLC d/b/a GOWANUS INN AND YARD,<br><br>Defendants. | Case No. 1:25-cv-02927-OEM-JAM |

**NOTICE OF DEFENDANT**
**611 DEGRAW LLC d/b/a UNION HOTEL'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE**, that pursuant to Local Rule 7.1(a), Defendant 611 DEGRAW LLC d/b/a UNION HOTEL ("611 Degraw") hereby moves before the Honorable Joseph A. Marutollo of the United States District Court for the Eastern District of New York, located at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order dismissing Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) with prejudice, along with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's August 11, 2026 Order, Plaintiff shall serve a response to this motion, if any, by October 16, 2026.

**PLEASE TAKE FURTHER NOTICE**, that 611 Degraw will rely on the attached Memorandum of Law in Support of its Motion and Certification of Corey L. Shulman, Esq.

**PLEASE TAKE FURTHER NOTICE**, that 611 Degraw respectfully requests oral argument.

Dated: New York, New York
September 16, 2026

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/* Corey Shulman
Karen L. Campbell, Esq., SB# 2184018
Corey L. Shulman, Esq., SB# 5295589
140 Broadway, 31st Floor
New York, New York 10005
Telephone: 212.232.1300
Karen.Campbell@lewisbrisbois.com
Corey.Shulman@lewisbrisbois.com
*Attorneys for Defendant*
611 Degraw LLC d/b/a Union Hotel